IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**WILFRED L. ANDERSON,**

    **Plaintiff,**

v.

    Civil Action 2:24-cv-1951
    Judge Algenon L. Marbley
    Magistrate Judge Elizabeth P. Deavers

**BRENDA HARRISON,** *et al.***,**

    **Defendants.**

## ORDER

On November 19, 2024, the Undersigned issued a Report and Recommendation, recommending that this action be dismissed. (ECF No. 27.) Defendant State of Ohio subsequently filed a Motion to Dismiss (ECF No. 30), which is ripe for judicial review. In addition, Plaintiff filed a Motion to Dismiss Brenda Harrison. (ECF No. 47.) In light of these motions, the Undersigned **WITHDRAWS** her Report and Recommendation. (ECF No. 27.)

    **IT IS SO ORDERED.**

Date: January 14, 2025

    /s/ *Elizabeth A. Preston Deavers*
    ELIZABETH A. PRESTON DEAVERS
    UNITED STATES MAGISTRATE JUDGE